# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>KAHALA FRANCHISE CORP.<br>V.<br>NABIL MAKHAMREH, MATTHEW CHEESESTEAK, INC.<br>AND M & S CHEESESTEAK, INC. | Case Number:<br>FILED STAMP: AUG. 20, 2008<br>08CV4750<br>JUDGE DOW JR.<br>MAG. JUDGE BROWN J. N. |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KAHALA FRANCHISE CORP.

| |
|---|
| NAME (Type or print)<br>GREGORY J. ELLIS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Gregory J. Ellis* |
| FIRM<br>GREGORY J. ELLIS, ESQ., LTD. |
| STREET ADDRESS<br>Q EXECUTIVE CT - SUITE 1 |
| CITY/STATE/ZIP<br>SOUTH BARRINGTON IL 60010 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03127073 | TELEPHONE NUMBER<br>847/842-0999 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐