### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4750

Assigned/Issued By: j. n.

Judge Name: dow jr.

Designated Magistrate Judge: brown

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____    Receipt #: 3038398_____

Date Payment Rec'd: 8-20-08_____    Fiscal Clerk: j. n._____

---

## ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____    ☐ Other
*(Type of Writ)*    _____
*(Type of issuance)*

3_____ Original and 0_____ copies on 8-21-08_____ as to all defendants_____
*(Date)*

_____

_____