UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAHALA FRANCHISE CORPORATION )<br>A Delaware corporation, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>NABIL MAKHAMREH, Individually, )<br>MATTHEW CHEESESTEAK, Inc., )<br>an Illinois Corporation, and M & S )<br>CHEESESTEAK, INC. , a Virginia )<br>corporation. )<br>    Defendants. ) | Case No. _____<br><br>Judge: _____<br><br>Magistrate: _____ |

TO:    M & S CHEESESTEAK, INC.    MATTHEW CHEESESTEAK, INC.
        AND/OR JERIES SALEM       SPIEGEL & UTRERA, P.A.
        2552 ROUNDTREE CIRCLE      123 W. MADISON ST #806
        CHESAPEAKE, VA 23323       CHICAGO, IL 60602

        NABIL MAKHAMREH
        1901 BRIER GLEN DRIVE
        PLAINFIELD, IL 60586

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 26, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Dow, Jr. or any judge sitting in his stead, in the courtroom usually occupied by him/her in Room 1919, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached ***MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, and MOTION TO EXPEDITE DISCOVERY,*** a copy of which is attached hereto and made a part hereof, at which time and place you may appear if you see fit.

Date: August 20, 2008                            ss//_____
                                                            Gregory J. Ellis

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

I, Gregory J. Ellis, an attorney, do hereby state that copies of the following documents: Notice of Motion and the Motions listed above, were served upon the above named individuals, at their respective addresses via Federal Express delivery on August 21, 2008.

Dated: August 21, 2008

                                            ss//_____
                                               Gregory J. Ellis

Gregory J. Ellis, Esq.
GREGORY J. ELLIS, ESQ., LTD.
1 Executive Ct - Suite 1
South Barrington, IL  60010
 (847) 842-0999
Attorney #031270723
8/21/08