UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KAHALA FRANCHISE CORPORATION )
A Delaware corporation, )
    Plaintiff, )
 )
vs. ) Case No. _____
 )
NABIL MAKHAMREH, Individually, ) Judge: _____
MATTHEW CHEESESTEAK, Inc., )
an Illinois Corporation, and M & S ) Magistrate: _____
CHEESESTEAK, INC. , a Virginia )
corporation. )
    Defendants. )

TO:    M & S CHEESESTEAK, INC.    MATTHEW CHEESESTEAK, INC.
    AND/OR JERIES SALEM    SPIEGEL & UTRERA, P.A.
    2552 ROUNDTREE CIRCLE    123 W. MADISON ST #806
    CHESAPEAKE, VA 23323    CHICAGO, IL 60602

    NABIL MAKHAMREH
    1901 BRIER GLEN DRIVE
    PLAINFIELD, IL 60586

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 26, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Dow, Jr. or any judge sitting in his stead, in the courtroom usually occupied by him/her in Room 1919, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached ***MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, and MOTION TO EXPEDITE DISCOVERY,*** a copy of which is attached hereto and made a part hereof, at which time and place you may appear if you see fit.

Date: August 20, 2008                              ss//_____
                                                                 Gregory J. Ellis

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

    I, Gregory J. Ellis, an attorney, do hereby state that copies of the following documents:  Notice of Motion and the Motions listed above, were served upon the above named individuals, at their respective addresses via Federal Express delivery on August 21, 2008.


Dated:  August 21, 2008

                                                           ss//_____
                                                                   Gregory J. Ellis


Gregory J. Ellis, Esq.
GREGORY J. ELLIS, ESQ., LTD.
1 Executive Ct - Suite 1
South Barrington,  IL  60010
 (847) 842-0999
Attorney #031270723
8/21/08