**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kahala Franchise Corporation
                               Plaintiff,

v.                                                    Case No.: 1:08−cv−04750
                                                      Honorable Robert M. Dow Jr.

Nabil Makhamreh, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

   MINUTE entry before the Honorable Robert M. Dow, Jr:Motion hearing held on 8/27/2008 regarding motion for temporary restraining order[4]. Simultaneous briefs to be filed by 8/29/08. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.