M HK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KAHALA
v
NABIL MAKHAMREH ET AL

Case 08 CV 4750

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NABIL MAKHAMREH
MATTHEW CHEESESTEAK INC,
M & S CHEESESTEAK INC. A VIRGINIA CORPORATION

| SIGNATURE s/ Akram Zanayed | |
|---|---|
| FIRM AKRAM ZANAYED & ASSOCIATES | FILED NF. AUG 27 2008 8-27-2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS 8550 S. HARLEM SUITE Q | |
| CITY/STATE/ZIP BRIDGEVIEW IL. 60455 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 708-237-9000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |