

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 4750 | DATE | 9/2/2008 |
| CASE TITLE | Kahala Franchise Corporation vs. Nabil Makhamreh, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Settlement Agreement [17], ENTER PERMANENT RESTRAINING ORDER. This Court maintains jurisdiction solely for purposes of enforcement of this Permanent Injunction to enforce the Non-Compete provisions of the Franchise Agreements and the terms of the Settlement Agreement attached. Any and all pending motions [4] and [11] are stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).] Docketing to mail notices.

| U.S. DISTRICT COURT CLERK | Courtroom Deputy Initials: | TBK |
|---|---|---|

2008 AUG 33 PM 2: 35

FILED-ED